# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:08CV-P625-H

**JERRY E. ROBERTSON**                                                                 **PLAINTIFF**

*v.*

**COMMONWEALTH OF KENTUCKY**                                                           **DEFENDANT**

## MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Jerry E. Robertson assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On April 27, 2009, the copy of the Court's April 8, 2009, Order sent to Plaintiff at his address of record was returned to the Court by the United States Postal Service marked "Return to Sender, Attempted - Not Known, Unable to Forward" (DN 10). A handwritten notation on the envelope indicates that Plaintiff was released from custody on January 27, 2009.

Apparently, Plaintiff no longer lives at his address of record, and because he has not advised the Court of any change in his address, neither notices from this Court nor filings by Respondent can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the case by separate Order.

Date:

cc: Plaintiff, *pro se*
4412.005